### FLOYD WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Floyd Williams' petition for certification for appeal from the Appellate Court, 41 Conn. App. 515 (AC 14076), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a habeas corpus petitioner alleging his actual innocence must show that his claim of innocence is sustained by newly discovered evidence?"

The Supreme Court docket number is SC 15493.

*James A. Shanley, Jr.*, special public defender, in support of the petition.

Decided July 23, 1996